[No. 6076.]
## EVA DERBY *v.* S. H. ROUNDS ET AL.

HEARSAY EVIDENCE.—Where a party has been named in a complaint as a party defendant but not served, his testimony as to the admissions of other defendants who have been served is *hearsay* and inadmissible.—[REPORTER.]

APPEAL from the District Court of the Third Judicial District, Alameda County.

Action to enforce a lien for lumber furnished for the construction of a house under a contract by defendant Rounds with one Shepard.    Shepard was named as a defendant, but was not served, and at the trial plaintiff was allowed to prove that Shepard had admitted that the value of the lumber was two hundred and seventy-five dollars.    Judgment was rendered for the plaintiff, and the defendants appealed.

*Tuttle & Gilchrist*, for Appellants.

*Wiggin & Eells*, for Respondents.

By the COURT:

The Court erred in receiving in evidence the admissions of Shepard as against the only defendants who had been served with summons or who had appeared in the action.    The admissions were *hearsay*.

Judgment and order reversed, and cause remanded for a new trial.    Remittitur forthwith.